BEFORE THE THIRD DIVISION, JUNE 23, 1949

**No. 53337.**—Philip Blum & Co., Inc., et al. *v.* United States, protests 120470–K/519, etc. (Chicago).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.